# EXHIBIT 6




# FACTURE / INVOICE
No 0029248-IN   PAGE 1/1

**VENDU À / SOLD TO**
01-0300019
E.S.E. ELECTRONICS
1111 S. Central Avenue
Los Angeles, CA 90021
USA

**LIVRÉ À / SHIPPED TO**
E.S.E. ELECTRONICS
1111 S. Central Avenue
Los Angeles, CA 90021
USA

| COMMANDE N° / ORDER NO. | DATE | N° COMM. DU CLIENT / CUST PO | N° DE SUIVI / TRACKING NO. | EXPÉDIÉ PAR / SHIP VIA |
|---|---|---|---|---|
| 1021431 | 03/02/2015 | P201411049 | | |

| DATE DE LA FACTURE / DATE OF INVOICE | DATE DUE / DUE DATE | TERMES / TERMS | | VEND. / SALES. |
|---|---|---|---|---|
| 20/11/2014 | 04/01/2015 | Net 45 Jours | | 0000 |

| N° DE PRODUIT PRODUCT No. | CODE CUP UPC CODE | DESCRIPTION SKU | COMMANDÉ ORDERED | EXPÉDIÉ SHIPPED | À VENIR BACK ORDERED | PRIX À L'UNITÉ UNIT PRICE | MONTANT AMOUNT |
|---|---|---|---|---|---|---|---|
| 4469016 | | TX RW XBOX ONE | 200 | 200 | 0 | 202.49 | 40,498.00 |

**COMMENTAIRES / COMMENTS**

Le client est RESPONSABLE de tous les frais de recouvrements y compris les honoraires de conseils et d'avocats. Les présentes sont régies et interprétées par le droit en vigueur dans la province de QUÉBEC. La nullité ou l'invalidité totale ou partielle de l'une ou l'autre des dispositions des présentes n'aura pas d'effet sur les autres dispositions.

Voir les CONDITIONS de ventes au verso. Toute marchandise demeure la propriété de GUILLEMOT INC. jusqu'à paiement complet. Aucun retour accepté sans consentement écrit.

INTÉRÊTS sur compte en souffrance : 1,5%/mois.

The client will be LIABLE for all expenses incurred to recover the payment of said amount including all legal fees. These presents shall be governed and interpreted by the law in force in the province of QUEBEC. If any provision hereof is determined to be void or unenforceable in a whole or in part, it shall be deemed not to affect or impair any other provision hereof.

See terms of sale on reverse side. All merchandise remains GUILLEMOT INC. property until paid for in full. No returns without our written consent.

Past due accounts: 1.5% Monthly INTEREST.

| | |
|---|---|
| SOUS-TOTAL / SUB TOTAL | 40,498.00 |
| ESCOMPTE / DISCOUNT RATE | |
| PORT / FREIGHT | |
| TPS/GST # 142049493RT | |
| TVQ/QST # 1020472711TQ0001 | |
| TVH/HST | |
| U.S. TAX | |
| **TOTAL USD** | **40,498.00** |

Original - Client
FORMPLUS N° 17521

**Exhibit 6, p. 1**




# Guillemot
7250 Marconi Street
Montreal, Quebec H2R 2Z5 Canada

Tél.: 514 279-9960 • Fax: 514 279-4954

# Hercules
# THRUSTMASTER®

# FACTURE / INVOICE
No 0029459-IN    PAGE 1/1

**VENDU À / SOLD TO**
01-0300019
E.S.E. ELECTRONICS
1111 S. Central Avenue
Los Angeles, CA 90021
USA

**LIVRÉ À / SHIPPED TO**
E.S.E. ELECTRONICS
1111 S. Central Avenue
Los Angeles, CA 90021
USA

| COMMANDE N° / ORDER NO. | DATE | N° COMM. DU CLIENT / CUST PO | N° DE SUIVI / TRACKING NO. | EXPÉDIÉ PAR / SHIP VIA |
|---|---|---|---|---|
| 1021617 | 10/12/2014 | P201411049 | | |

| DATE DE LA FACTURE / DATE OF INVOICE | DATE DUE / DUE DATE | TERMES / TERMS | VEND. / SALES. |
|---|---|---|---|
| 10/12/2014 | 24/01/2015 | Net 45 Jours | 0000 |

| N° DE PRODUIT PRODUCT No. | CODE CUP UPC CODE | DESCRIPTION SKU | COMMANDÉ ORDERED | EXPÉDIÉ SHIPPED | À VENIR BACK ORDERED | PRIX À L'UNITÉ UNIT PRICE | MONTANT AMOUNT |
|---|---|---|---|---|---|---|---|
| 4469016 | | TX RW XBOX ONE | 2269 | 2269 | 0 | 237.49 | 538,864.81 |

**COMMENTAIRES / COMMENTS**

Le client est RESPONSABLE de tous les frais de recouvrements y compris les honoraires de conseils et d'avocats. Les présentes sont régies et interprétées par le droit en vigueur dans la province de QUÉBEC. La nullité ou l'invalidité totale ou partielle de l'une ou l'autre des dispositions des présentes n'aura pas d'effet sur les autres dispositions.

Voir les CONDITIONS de ventes au verso. Toute marchandise demeure la propriété de GUILLEMOT INC. jusqu'à paiement complet. Aucun retour accepté sans consentement écrit.

INTÉRÊTS sur compte en souffrance : 1,5%/mois.

The client will be LIABLE for all expenses incurred to recover the payment of said amount including all legal fees. These presents shall be governed and interpreted by the law in force in the province of QUEBEC. If any provision hereof is determined to be void or unenforceable in a whole or in part, it shall be deemed not to affect or impair any other provision hereof.

See terms of sale on reverse side. All merchandise remains GUILLEMOT INC. property until paid for in full. No returns without our written consent.

Past due accounts: 1.5% Monthly INTEREST.

| | |
|---|---|
| SOUS-TOTAL / SUB TOTAL | 538,864.81 |
| ESCOMPTE / DISCOUNT RATE | |
| PORT / FREIGHT | |
| TPS/GST # 142049493RT | |
| TVQ/QST # 1020472711TQ0001 | |
| TVH/HST | |
| U.S. TAX | |
| **TOTAL USD** | **538,864.81** |

Original - Client
FORMPLUS N° 17521

**Exhibit 6, p. 2**




# FACTURE / INVOICE

No 29459B-IN    PAGE 1/1

## Guillemot
7250 Marconi Street
Montreal, Quebec H2R 2Z5 Canada

Tél.: 514 279-9960 • Fax: 514 279-4954

**THRUSTMASTER**

| VENDU À / SOLD TO | LIVRÉ À / SHIPPED TO |
|---|---|
| 01-0300019<br>E.S.E. ELECTRONICS<br>1111 S. Central Avenue<br>Los Angeles, CA 90021<br>USA | E.S.E. ELECTRONICS<br>1111 S. Central Avenue<br>Los Angeles, CA 90021<br>USA |

| COMMANDE N° / ORDER NO. | DATE | N° COMM. DU CLIENT / CUST PO | N° DE SUIVI / TRACKING NO. | EXPÉDIÉ PAR / SHIP VIA |
|---|---|---|---|---|
| 102161B | 03/02/2015 | P201411049 | | |

| DATE DE LA FACTURE / DATE OF INVOICE | DATE DUE / DUE DATE | TERMES / TERMS | VEND. / SALES. |
|---|---|---|---|
| 03/02/2015 | 03/02/2015 | NO TERMS | CRAN |

| N° DE PRODUIT<br>PRODUCT No. | CODE CUP<br>UPC CODE | DESCRIPTION<br>SKU | COMMANDÉ<br>ORDERED | EXPÉDIÉ<br>SHIPPED | À VENIR<br>BACK ORDERED | PRIX À L'UNITÉ<br>UNIT PRICE | MONTANT<br>AMOUNT |
|---|---|---|---|---|---|---|---|
| 4469016 | | TX RW XBOX ONE | 2269 | 2269 | 0 | 202.49 | 459,449.81 |
| 4469016 | | TX RW XBOX ONE | -2269 | -2269 | 0 | 237.49 | -538,864.81 |

COMMENTAIRES / COMMENTS

Price adjustment

Le client est RESPONSABLE de tous les frais de recouvrements y compris les honoraires de conseils et d'avocats. Les présentes sont régies et interprétées par le droit en vigueur dans la province de QUÉBEC. La nullité ou l'invalidité totale ou partielle de l'une ou l'autre des dispositions des présentes n'aura pas d'effet sur les autres dispositions.

Voir les CONDITIONS de ventes au verso. Toute marchandise demeure la propriété de GUILLEMOT INC. jusqu'à paiement complet. Aucun retour accepté sans consentement écrit.

INTÉRÊTS sur compte en souffrance : 1,5%/mois.

**The client will be LIABLE for all expenses incurred to recover the payment of said amount including all legal fees.** These presents shall be governed and interpreted by the law in force in the province of QUEBEC. If any provision hereof is determined to be void or unenforceable in a whole or in part, it shall be deemed not to affect or impair any other provision hereof.

See terms of sale on reverse side. All merchandise remains GUILLEMOT INC. property until paid for in full. No returns without our written consent.

**Past due accounts: 1.5% Monthly INTEREST**

| | |
|---|---|
| SOUS-TOTAL / SUB TOTAL | -79,415.00 |
| ESCOMPTE / DISCOUNT RATE | |
| PORT / FREIGHT | |
| TPS/GST # 142049493RT | |
| TVQ/QST # 1020472711TQ0001 | |
| TVH/HST | |
| U.S. TAX | |
| **TOTAL** USD | **-79,415.00** |

Original - Client
FORMPLUS N° 17521

# Exhibit 6, p. 3