# EXHIBIT 2



**ese** Electronics
1111 S. Central Avenue.
Los Angeles, CA 90021
Tel: (213) 614-0102
Fax: (213) 614-0173

# Invoice

| DATE | INVOICE # |
|---|---|
| 01/26/15 | 34172 |

**BILL TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860
(866) 446-1068

**SHIP TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860

Page 1

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | N-60 | DAV |  |  | LOS ANGELES, CA |  |

| QUANTITY | STYLE # | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 33 | 10C104 | KICKER 10" SUBWOOFER 4 OHMS | 41.00 | 1353.00 |
| 15 | 10C124 | KICKER COMP 12 10C124 | 49.00 | 735.00 |
| 3 | 10C154 | 15" KICKER COMP 500 WATTS | 69.00 | 207.00 |
| 5 | 10C82 | KICKER COMP 8" 2 OHMS | 37.00 | 185.00 |
| 21 | 10C84 | KICKER 10C84 8" SUBWOOFER | 36.00 | 756.00 |
| 4 | 10CVR102 | KICKER COMP VR 10" @ 2 OHMS | 61.00 | 244.00 |
| 14 | 10CVR104 | KICKER 10" CVR 4 OHMS | 62.00 | 868.00 |
| 26 | 10CVR122 | KICKER 12" SUBWOOFER @ 2 OHMS | 73.00 | 1898.00 |
| 38 | 10CVR124 | KICKER SUBWOOFER 10" 4 OHMS | 73.00 | 2774.00 |
| 10 | 10CVT102 | KICKER SHALLOW 10" SUBWOOFERS 2 D | 74.00 | 740.00 |
| 15 | 10CVT104 | KICKER COMP VT 10CVT104 | 73.00 | 1095.00 |
| 9 | 10CVT122 | KICKER COMP VT 800 WATTS 2 OHM | 79.00 | 711.00 |
| 12 | 10CVT124 | KICKER 12" COMP VT | 77.00 | 924.00 |
| 6 | 10CVX104 | KICKER COMP VX 10" 1200W DUAL 4 O | 136.00 | 816.00 |
| 627 | 4469016 | TX FERRARI458 ITALIA EDITION RAC1 | 235.00 | 147345.00 |
| 5000 | 449001 | 120V 5.0A JIGSAW USA | 25.00 | 125000.00 |
| 2500 | 4780432 | MOBILE DJ MP3 | 40.00 | 100000.00 |
|  |  | Freight |  | 610.00 |

**ELECTRONIC PAYMENTS**
Name: Bibby Financial Services (CA), Inc.
Bank of America Account No.: ▮
Bank of America ABA (WIRE): ▮
Bank of American ABA (ACH): ▮
Benefit of: E.S.E. Electronics
Fax Remittance Advice to: 805.446.6112
PAYMENTS VIA MAIL or Overnight Delivery
Bibby Financial Services (CA), Inc.
For the account of: E.S.E. Electronics
File # 61042
Los Angeles, CA 90074-1042

Total Received: 0.001   Total Due: 386261.000

| Discount | $ | 0.00 |
|---|---|---|
| Total | $ | 385651.00 |
| Sales Tax | $ | 0.00 |
| Shipping | $ | 610.00 |
| **TOTAL** |  | **386261.00** |

ESE 0050

PLF/DFT EXHIBIT 4
DEPONENT
DATE_____ Wong, 10250

**Exhibit 2, p. 1**



# Invoice

**ese Electronics**
1111 S. Central Avenue.
Los Angeles, CA 90021
Tel: (213) 614-0102
Fax: (213) 614-0173

| DATE | INVOICE # |
|---|---|
| 05/11/15 | 34904 |

**BILL TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860
(866) 446-1068

**SHIP TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860

Page 1

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | C.O.D | DAV |  |  | LOS ANGELES, CA |  |

| QUANTITY | STYLE # | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 600 | 4469016 | TX FERRARI458 ITALIA EDITION RAC | 230.00 | 138000.00 |
|  |  | Freight |  | 0.00 |

PAID
WT.

Discount $ 0.00
Total $138000.00
Sales Tax $ 0.00
TOTAL 138000.00

Total Received: 0.00  Total Due: 138000.00

ESE 0051

**Exhibit 2, p. 2**



# Invoice

**ESE Electronics**
1111 S. Central Avenue.
Los Angeles, CA 90021
Tel: (213) 614-0102
Fax: (213) 614-0173

DATE: 06/10/15
INVOICE #: 35090

**BILL TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860
(866) 446-1068

**SHIP TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 06/09/15 | | | | | LOS ANGELES, CA | |

| QUANTITY | STYLE # | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 282 | 4469016 | TX FERRARI458 ITALIA EDITION RACI | 230.00 | 64860.00 |
| | | Freight | | 140.00 |

PAID 06/10/15

Discount $ 0.00
Total $ 64860.00
Sales Tax $ 0.00
Shipping $ 140.00
TOTAL 65000.00

Total Received: 65000.00  Total Due: 0.00

ESE 0052

**Exhibit 2, p. 3**



**ese Electronics**
1111 S. Central Avenue.
Los Angeles, CA 90021
Tel: (213) 614-0102
Fax: (213) 614-0173

# Invoice

| DATE | INVOICE # |
|---|---|
| 09/03/15 | 35450 |

**BILL TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860
(866)446-1068

**SHIP TO:**
BRIGHT LIGHT BUSINESS
1790 TOWN AND COUNTRY DR
#105
NORCO CA 92860

Page 1

| P.O NUMBER | TERMS | REP | SHIP | VIA | F.O.B | PROJECT |
|---|---|---|---|---|---|---|
| | | DAV | | | LOS ANGELES, CA | |

| QUANTITY | STYLE # | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 61 | 4469016 | TX FERRARI458 ITALIA EDITION RACI | 235.00 | 14335.00 |
| 85 | 4593001 | CS10, CORDLESS HEADSET SYSTEM | 160.00 | 13600.00 |
| | | Freight | | 492.00 |



PAID
Check # 6438

Total Received: 28427.00   Total Due: 0.000

| | | |
|---|---|---|
| Discount | $ | 0.00 |
| Total | $ | 27935.00 |
| Sales Tax | $ | 0.00 |
| Shipping | $ | 492.00 |
| **TOTAL** | | **28427.00** |

ESE 0053

**Exhibit 2, p. 4**