# EXHIBIT 2



## Guillemot
7250 Marconi Street
Montreal, Quebec H2R 2Z5 Canada

Tél.: 514 279-9960 • Fax: 514 279-4954

# FACTURE / INVOICE
No 0029459-IN        PAGE  1/1

| VENDU À / SOLD TO | LIVRÉ À / SHIPPED TO |
|---|---|
| 01-0300019<br>E.S.E. ELECTRONICS<br>1111 S. Central Avenue<br>Los Angeles, CA 90021<br>USA | E.S.E. ELECTRONICS<br>1111 S. Central Avenue<br>Los Angeles, CA 90021<br>USA |

| COMMANDE N° / ORDER NO. | DATE | N° COMM. DU CLIENT / CUST PO | N° DE SUIVI / TRACKING NO. | EXPÉDIÉ PAR / SHIP VIA |
|---|---|---|---|---|
| 1021617 | 03/02/2015 | P201411049 | | |

| DATE DE LA FACTURE / DATE OF INVOICE | DATE DUE / DUE DATE | TERMES / TERMS | VEND. / SALES |
|---|---|---|---|
| 10/12/2014 | 24/01/2015 | Net 45 Jours | 0000 |

| N° DE PRODUIT<br>PRODUCT NO. | CODE CUP<br>UPC CODE | DESCRIPTION<br>SKU | COMMANDÉ<br>ORDERED | EXPÉDIÉ<br>SHIPPED | À VENIR<br>BACK ORDERED | PRIX À L'UNITÉ<br>UNIT PRICE | MONTANT<br>AMOUNT |
|---|---|---|---|---|---|---|---|
| 4469016 | | TX RW XBOX ONE | 2269 | 2269 | 0 | 237.49 | 538,864.81 |

*handwritten: 202.49   459,409.81*



ENTERED
2/13/15



RECEIVED
11/21/19

| COMMENTAIRES / COMMENTS | | |
|---|---|---|
| | Le client est RESPONSABLE de tous les frais de recouvrements y compris les honoraires de conseils et d'avocats. Les présentes sont régies et interprétées par le droit en vigueur dans la province de QUÉBEC. La nullité ou l'invalidité totale ou partielle de l'une ou l'autre des dispositions des présentes n'aura pas d'effet sur les autres dispositions.<br><br>Voir les CONDITIONS de ventes au verso. Toute marchandise demeure la propriété de GUILLEMOT INC. jusqu'à paiement complet. Aucun retour accepté sans consentement écrit.<br><br>INTÉRÊTS sur compte en souffrance : 1,5%/mois.<br><br>The client will be LIABLE for all expenses incurred to recover the payment of said amount including all legal fees. These presents shall be governed and interpreted by the law in force in the province of QUEBEC. If any provision hereof is determined to be void or unenforceable in a whole or in part, it shall be deemed not to affect or impair any other provision hereof.<br><br>See terms of sale on reverse side. All merchandise remains GUILLEMOT INC. property until paid for in full. No returns without our written consent.<br><br>Past due accounts: 1.5% Monthly INTEREST. | SOUS-TOTAL<br>SUB TOTAL: 538,864.81<br>ESCOMPTE<br>DISCOUNT RATE<br>PORT<br>FREIGHT<br>TPS/GST<br># 142049493RT<br>TVQ/QST<br># 1020472711TQ0001<br>TVH/HST<br>U.S. TAX<br>**TOTAL USD 538,864.81** |

Original - Client
FORMPLUS N° 17521

ESE 0020

Exhibit 2, p. 1




# Guillemot

7250 Marconi Street
Montreal, Quebec H2R 2Z5 Canada

Tél.: 514 279-9960 • Fax: 514 279-4954

**Hercules**

**THRUSTMASTER**

**FACTURE / INVOICE**

No 29459B-IN   PAGE 1/1

| VENDU À / SOLD TO | LIVRÉ À / SHIPPED TO |
|---|---|
| 01-0300019<br>E.S.E. ELECTRONICS<br>1111 S. Central Avenue<br>Los Angeles, CA  90021<br>USA | E.S.E. ELECTRONICS<br>1111 S. Central Avenue<br>Los Angeles, CA  90021<br>USA |

| COMMANDE N° / ORDER NO. | DATE | N° COMM. DU CLIENT / CUST PO | N° DE SUIVI / TRACKING NO. | EXPÉDIÉ PAR / SHIP VIA |
|---|---|---|---|---|
| 102161B | 03/02/2015 | P201411049 | | |

| DATE DE LA FACTURE / DATE OF INVOICE | DATE DUE / DUE DATE | TERMES / TERMS | VEND. / SALES. | |
|---|---|---|---|---|
| 03/02/2015 | 03/02/2015 | NO TERMS | CRAN | |

*(handwritten: "PH agreed to reduce price.")*

| N° DE PRODUIT<br>PRODUCT No. | CODE CUP<br>UPC CODE | DESCRIPTION<br>SKU | COMMANDÉ<br>ORDERED | EXPÉDIÉ<br>SHIPPED | À VENIR<br>BACK ORDERED | PRIX À L'UNITÉ<br>UNIT PRICE | MONTANT<br>AMOUNT |
|---|---|---|---|---|---|---|---|
| 4469016 | | TX RW XBOX ONE | 2269 | 2269 | 0 | 202.49 | 459,449.81 |
| 4469016 | | TX RW XBOX ONE | -2269 | -2269 | 0 | 237.49 | -538,864.81 |

**COMMENTAIRES / COMMENTS**

Price adjustment

Le client est RESPONSABLE de tous les frais de recouvrements y compris les honoraires de conseils et d'avocats. Les présentes sont régies et interprétées par le droit en vigueur dans la province de QUÉBEC. La nullité ou l'invalidité totale ou partielle de l'une ou l'autre des dispositions des présentes n'aura pas d'effet sur les autres dispositions.

Voir les CONDITIONS de ventes au verso. Toute marchandise demeure la propriété de GUILLEMOT INC. jusqu'à paiement complet. Aucun retour accepté sans consentement écrit.

INTÉRÊTS sur compte en souffrance : 1,5%/mois.

The client will be LIABLE for all expenses incurred to recover the payment of said amount including all legal fees. These presents shall be governed and interpreted by the law in force in the province of QUEBEC. If any provision hereof is determined to be void or unenforceable in a whole or in part, it shall be deemed not to affect or impair any other provision hereof.

See terms of sale on reverse side. All merchandise remains GUILLEMOT INC. property until paid for in full. No returns without our written consent.

Past due accounts: 1.5% Monthly INTEREST.

| | |
|---|---|
| SOUS-TOTAL / SUB TOTAL | -79,415.00 |
| ESCOMPTE / DISCOUNT RATE | |
| PORT / FREIGHT | |
| TPS/GST # 142049493RT | |
| TVQ/QST # 1020472711TQ0001 | |
| TVH/HST | |
| U.S. TAX | |
| **TOTAL** USD | **-79,415.00** |

Original - Client
FORMPLUS N° 17521

Export 000029

**Exhibit 2, p. 2**

# CONDITIONS GÉNÉRALES DE VENTE
## - GUILLEMOT Inc. -

**LE PRÉSENT ACCORD SUR LES CONDITIONS DE VENTE** est conclu entre Guillemot Inc. (« Guillemot ») et vous (le « Client ») pour toute commande de produits passée auprès de Guillemot. Cet accord est fourni avec la commande. L'acceptation de la livraison des produits décrits sur la facture implique que le Client est lié à cet accord et en accepte les conditions.

### 1. OUVERTURE DE COMPTE
1.1. Les informations suivantes doivent être fournies lors de la première commande : la qualité (personne physique ou morale), l'enseigne commerciale, le numéro de compte, les références de fournisseur et/ou de solvabilité, un numéro d'inscription au Registre du Commerce ainsi qu'un document précisant l'adresse de facturation et de livraison.

### 2. ACCEPTATION DES COMMANDES
2.1. Toutes les commandes reçues par Guillemot sont considérées comme acceptées, sauf si une notification de refus est soumise au Client dans les vingt (20) jours civils à compter de la réception de la commande. Guillemot se réserve le droit de refuser toute commande dont le montant est inférieur à 1 000 $ US. Ce montant peut être revu au cas par cas.
2.2. Le Client peut annuler une commande par le biais d'une demande écrite adressée à Guillemot au moins quinze (15) jours avant la date de livraison prévue. Toutes les commandes déjà expédiées par Guillemot au moment de la demande d'annulation ne sont pas annulables.

### 3. PRIX
3.1. Les prix sont susceptibles de varier à tout moment. Ils incluent le conditionnement. Ils ne comprennent ni les taxes de vente, ni les taxes d'utilisation applicables. Ils excluent également les frais d'exportation ou d'importation, les frais de transport ou d'assurance, les frais de douane ou les franchises douanières, ainsi que les taxes liées aux biens mobiliers ou similaires, le cas échéant. Tous ces frais, coûts et taxes sont à la charge du Client.

### 4. LIVRAISON
4.1. Toutes les commandes seront livrées à la date de livraison demandée, sous réserve de moyens de transport disponibles et de temps suffisant à la préparation, l'expédition et au transit par route uniquement. Les livraisons sont effectuées en fonction des disponibilités et dans l'ordre d'enregistrement des commandes. Guillemot est ainsi autorisé à procéder à des livraisons partielles sans en avertir préalablement le Client. Les retards éventuels et les ruptures de stocks, ne donnent pas droit au Client d'annuler la vente, de refuser la marchandise, d'appliquer des pénalités de retard ou de réclamer des dommages et intérêts.

| U.S.A. | Montant ($ US) | Conditions d'expédition |
|---|---|---|
| Commande minimale | 1 000 | FOB Point d'origine |
| Commande minimale pour fret payé d'avance par Guillemot (USA continentaux seulement) | 2 500 | FOB Destination |
| Commande minimale pour fret payé d'avance par Guillemot (Hawaii, Alaska et Puerto Rico) | 5 000 | FOB Destination |
| Canada | Montant ($ CAD) | Conditions d'expédition |
| Commande minimale | 1 000 | FOB Point d'origine |
| Commande minimale pour fret payé d'avance par Guillemot (sauf Yukon et Territoires du N.-O.) | 2 500 | FOB Destination |
| Commande minimale pour fret payé d'avance par Guillemot (Yukon et Territoires du N.-O.) | 5 000 | FOB Destination |

Les informations indiquées ci-dessus sont basées sur une commande expédiée vers une seule et même destination, ou plusieurs commandes expédiées simultanément vers une seule et même destination.

« FOB Point d'origine » signifie que le Client doit récupérer la/les commande(s) à l'entrepôt Guillemot . « FOB Destination » signifie que la/les commande(s) doit/doivent être expédiée(s) au Client, le fret étant payé d'avance par Guillemot.

Les commandes qui ne répondent pas aux exigences minimales en matière d'expédition FOB Destination peuvent être expédiées au Client avec un coût supplémentaire de 5 % de la valeur de la facture afin de couvrir les coûts de fret (10 % pour Hawaii, Alaska, Puerto Rico, Yukon et les Territoires du Nord-Ouest).

Les commandes qui répondent aux exigences minimales en matière d'expédition FOB Destination peuvent être récupérées à l'entrepôt Guillemot par le Client, le montant correspondant au fret étant déduit de la valeur de la facture.

4.2. Le transfert de risque sur toute marchandise est défini comme suit :

| | | | |
|---|---|---|---|
| FOB Destination | Guillemot | - | Supporte les coûts de fret<br>Est propriétaire des marchandises en transit<br>Remet les réclamations au transporteur (le cas échéant) |
| FOB Point d'origine | Le Client | - | Supporte les coûts de fret<br>Est propriétaire des marchandises en transit<br>Remet les réclamations au transporteur (le cas échéant) |

Pour prétendre à une compensation auprès de Guillemot pour perte et/ou dommage sur les marchandises FOB Destination, le Client doit soumettre sa demande dans les cinq (5) jours à compter de la réception de la notification de perte ou de dommage. Tous les documents requis doivent être fournis, la feuille de route du transporteur devant indiquer clairement et de manière détaillée la quantité de marchandise perdue et/ou endommagée.

### 5. RETOURS
5.1. Seuls les produits portant un numéro RMA (Return Merchandise Authorization) seront acceptés. Le Client se verra facturer 20% de frais de retour sur les produits retournés si aucune commande de compensation, dont la valeur est égale ou supérieure à celle des produits retournés, n'est passée. Guillemot est susceptible d'augmenter les frais de retour et d'appliquer des frais de reconditionnement si le produit s'avère incomplet, s'il n'est pas retourné dans son emballage d'origine prêt à la commercialisation (sans étiquette de prix, d'expédition, etc.), avec ses manuels, sa/ses carte(s) d'enregistrement, ses logiciels, câbles et accessoires. Les produits retournés devront être conditionnés dans un conteneur, sans aucune modification ou altération. Les frais d'expédition ne sont pas remboursables. La procédure de retour n'est valable que dans les 90 jours suivant l'acquisition des produits. Aucun retour ne sera accepté au terme de ces 90 jours. Les produits retournés doivent être expédiés par un transporteur assurant la traçabilité de la marchandise. Une copie de la facture originale et une copie signée du document RMA édité doivent être fournies avec la marchandise retournée, le numéro RMA étant clairement indiqué sur l'emballage d'expédition. Guillemot se réserve le droit de refuser tout retour ne respectant pas ces conditions.
5.2. Tous les retours sont crédités sur le compte du Client via un avoir valable uniquement sur les futurs achats et pour une période de 90 jours.

### 6. PAIEMENT
6.1. Toutes les factures sont payables à trente (30) jours à compter de la date d'édition. L'expédition et l'exécution de la demande sont à tout moment soumises à l'approbation du service du crédit de Guillemot. Guillemot peut à tout moment refuser toute expédition ou toute demande jusqu'à réception du règlement ou jusqu'à ce que Guillemot estime que les conditions sont satisfaites. À tout moment, si Guillemot estime que la solvabilité du Client ne permet plus la poursuite de la production ou de l'expédition selon les conditions de paiement définies à l'origine, Guillemot peut réclamer le paiement intégral ou partiel par anticipation. En cas de faillite ou d'insolvabilité du Client, ou en cas de procédure menée par ou contre le Client dans le cadre de la loi sur la faillite ou l'insolvabilité, Guillemot est autorisée à annuler toute commande en souffrance.

### 7. RÉSERVE DE PROPRIÉTÉ
7.1. Guillemot conserve la propriété des biens vendus jusqu'au paiement effectif de l'intégralité du prix en principale et accessoire. À défaut de paiement de l'une quelconque des échéances par le Client, Guillemot pourra revendiquer les produits aux frais et risques du Client.

### 8. DROITS DE LA PROPRIÉTÉ INTELLECTUELLE
8.1. L'ensemble des produits, logiciels et manuels sont protégés par les dispositions législatives et conventionnelles applicables en matière de droits d'auteur. De ce fait, ils ne peuvent être modifiés, diffusés ou dupliqués sur aucun support que ce soit sans l'autorisation écrite et préalable de Guillemot et ne peuvent être utilisés par le consommateur final qui voudrait en faire un usage lucratif ou commercial. Tout acte de la part d'un individu ou du Client, contrevenant à ces droits engage la responsabilité pénale et/ou civile de celui-ci dans le cadre des droits et des conventions de la propriété intellectuelle.

### 9. PUBLICITÉ
9.1. Les plannings de publicité et de parution des nouveautés relèvent de la responsabilité du Client. Les informations sur les sorties de produits et la disponibilité en stock n'ont aucune valeur contractuelle. En cas de sortie différée d'un produit ou de rupture de stock, la responsabilité de Guillemot ne pourra être engagée.

### 10. GAMME
10.1. Guillemot se réserve le droit de modifier sa gamme et les produits en eux-mêmes (packaging, date de sortie, marquage, etc.). Guillemot s'engage à informer le Client dès que possible des éventuels changements.

### 11. DISPOSITIONS GÉNÉRALES
11.1. DIVISIBILITÉ. Si l'une des dispositions du présent Accord devrait être jugée non valable ou nulle par la Cour d'une juridiction compétente, les autres dispositions resteraient applicables et effectives.
11.2. CONTRAT INDIVISIBLE. Le présent Accord constitue et contient l'accord complet des parties quant à son objet, et abroge tous les précédents accords, correspondances, représentations, déclarations, négociations et engagements entre les parties vis-à-vis de l'objet. Les amendements à cet accord doivent être effectués par écrit, en indiquant qu'il s'agit d'un amendement, et et signés par les représentants dûment autorisés des deux parties.
11.3. LOI APPLICABLE. Le présent Accord est régi par les lois de la Province de Québec et les lois du Canada applicables dans le cas présent, et interprété et appliqué conformément à celles-ci. Les parties reconnaissent avoir exigé que les présentes soient rédigées en langues française et anglaise.
11.4. RÈGLEMENT DES DIFFÉRENDS. Tout différend, controverse ou requête naissant de cet Accord ou en rapport avec celui-ci, tout terme, rupture, ou nullité de celui-ci, sera réglé par l'arbitrage du Tribunal de Commerce de Montréal, Québec, Canada. La partie obtenant gain de cause dans cette procédure peut réclamer auprès de l'autre partie le remboursement des frais engagés par le représentant dûment désigné et ce, dans une mesure raisonnable.

Les parties déclarent avoir lu et accepté le présent Accord et l'avoir fait exécuter par leurs représentants dûment autorisés.

Client : (INDIQUER CLAIREMENT LE NOM)        Guillemot Inc. :

Par : _____ Signature       Par : _____ Signature

Nom : _____       Nom : _____

Titre : _____       Titre : _____

Date : _____       Date : _____

---

# SALES TERMS AND CONDITIONS AGREEMENT
## -GUILLEMOT Inc.-

**THIS SALES TERMS AND CONDITIONS AGREEMENT** contains the terms and conditions that apply to your purchase from Guillemot Inc. ("Guillemot") and is provided to you (the "Customer") along with orders for products. By accepting delivery of the products described on the invoice, the Customer agrees to be bound by and accepts these terms and conditions.

### 1. ACCOUNT OPENING
1.1. All initial orders must be accompanied by the following information: name or company name, commercial logo, bank account number, trade and/or credit references, commercial registry inscription number, shipping and billing addresses.

### 2. ACCEPTANCE OF ORDERS
2.1. All orders received by Guillemot are considered accepted unless a notice of refusal is submitted to the Customer within twenty (20) calendar days of the receipt of such an order. Guillemot reserves the right to refuse any order below USD $1,000. This amount may be modified on a case-by-case basis.
2.2. The Customer may cancel an order sending Guillemot a written request at least fifteen (15) days prior to the scheduled delivery date. All orders that have already been shipped from Guillemot at time of the cancellation request are not cancellable.

### 3. PRICE
3.1. Prices are subject to change at any time. Prices include packaging but exclude applicable state sales or use taxes, export or import charges, transportation or insurance charges, customs and duty fees, as well as personal property or similar taxes, if any. The Customer shall pay all such fees, costs and taxes.

### 4. DELIVERY
4.1. All orders will be delivered on their requested delivery date, providing there is transportation available and sufficient time for preparation, shipping and transit based on ground service only. All deliveries are processed in the order in which they are received taking into account product availability. Guillemot is authorized to make partial order shipments without first notifying the Customer. Delays or out-of-stock situations do not authorize the Customer to cancel the order, refuse the merchandise, apply late fee penalties, nor receive compensation or interest on lost sales.

| U.S.A. | $ Amount | Shipping Terms |
|---|---|---|
| Minimum order | USD $1,000 | F.O.B. Origin Collect |
| Minimum order for freight costs prepaid by Guillemot (Continental USA only) | USD $2,500 | F.O.B. Destination |
| Minimum order for freight costs prepaid by Guillemot (Hawaii, Alaska and Puerto Rico) | USD $5,000 | F.O.B. Destination |
| Canada | $ Amount | Shipping Terms |
| Minimum order | CAD $1,000 | F.O.B. Origin Collect |
| Minimum order for freight costs prepaid by Guillemot (Excluding Yukon and N.W.T) | CAD $2,500 | F.O.B. Destination |
| Minimum order for freight costs prepaid by Guillemot (Yukon and N.W.T) | CAD $5,000 | F.O.B. Destination |

The information listed above is based on one order shipped to a single destination, or more than one order shipped simultaneously to a single destination.

"F.O.B. Origin Collect" signifies that the order(s) is/are to be picked up from Guillemot's warehouse by the Customer. "F.O.B Destination" signifies that the order(s) is/are to be shipped to the Customer with freight charges prepaid by Guillemot.

Orders that do not meet the minimum requirements for F.O.B. Destination shipping may be shipped to the Customer with an additional fee of 5% of the invoice value charged to cover freight costs (10% for Hawaii, Alaska, Puerto Rico, Yukon and N. W. T.).

Orders that meet the minimum requirements for F.O.B. Destination shipping may be picked up from Guillemots warehouse by the Customer with the corresponding amount of freight costs deducted from the invoice value.

4.2. The transfer of risk on all merchandise is as follows:

| | | | |
|---|---|---|---|
| F.O.B. Destination | Guillemot | - | Bears freight charges<br>Owns goods in transit<br>Files claims to carrier (if any) |
| F.O.B. Origin Collect | Customer | - | Bears freight charges<br>Owns goods in transit<br>Files claims to carrier (if any) |

To claim compensation from Guillemot for lost and/or damaged F.O.B. Destination shipments, the Customer must file a request with Guillemot within five (5) days of receiving notification of the lost and/or damaged shipment(s) from the carrier, including all required documentation clearly detailing the amounts of lost and/or damaged goods on the carrier's waybill.

### 5. RETURNS
5.1. The Customer cannot return any product without a written Return Merchandise Authorization (RMA). The Customer will be charged a 20% restocking fee on returned products if no offsetting order equal or greater in value to that of the products returned is placed. The restocking fee is subject to increase and a re-boxing charge will be applied if the product is not found to be 100% complete, in original and resalable condition (no price tag, shipping label, etc.), with all original packaging, manuals, registration card(s), software, cabling and accessories. Returns should be packed in a container for transit, as damaged products will be refused. Shipping charges are not refundable. Products must have been purchased within 90 days of initiating a return procedure. No returns are accepted after 90 days from the date of sale. The return package must ship via a traceable carrier. A copy of the original invoice and a signed copy of the RMA document issued must accompany the return, with the RMA number prominently displayed on the shipping container. Guillemot reserves the right to refuse a return of any product that does not meet these requirements.
5.2. All returns are credited to the Customer's account through a credit note applicable on future purchases only. The credit note is valid for a period of 90 days.

### 6. PAYMENT
6.1. All invoices are due and payable thirty (30) days from the invoice date. Shipment and performance of work shall at all times be subject to the approval of Guillemot's credit department and Guillemot may at any time decline to make any shipments or perform any work except upon receipt of payment or terms and conditions satisfactory to Guillemot. If, in the judgment of Guillemot, the financial condition of the Customer at any time does not justify continuation of production or shipment according to the terms of payment originally specified, Guillemot may require full or partial payment in advance. In the event of bankruptcy or insolvency of the Customer, or in the event that a proceeding is brought by or against the Customer under any bankruptcy or insolvency laws, Guillemot shall be entitled to cancel any order(s) then outstanding.

### 7. PROPRIETARY RIGHTS
7.1. Guillemot retains the rights of possession for all products sold to the Customer that have not yet been paid for in their entirety. After any invoice comes to term, and payment has not been received, Guillemot reserves the right to re-possess all stock on hand at the Customer's location with the Customer bearing all relevant costs for repossession.

### 8. INTELLECTUAL PROPERTY RIGHTS
8.1. Legal and conventional intellectual property rights protect all products, software, and manuals delivered by Guillemot. In effect they cannot be modified, broadcast, or copied for any reason without the express written consent of Guillemot, and end-user consumers cannot use them for commercial purposes. All acts by the individual or Customer which contravene these rights subject the individual or Customer to penal and/or civil responsibility under international intellectual property rights and conventions.

### 9. PUBLICITY
9.1. Planning of publicity and advertising for new releases is the responsibility of the Customer. Information on product releases and stock availability is strictly non binding. Late arrivals of products or stock shortages/out of stock situations are in no way the responsibility of Guillemot.

### 10. PRODUCT RANGE
10.1. Guillemot reserves the right to modify its product line and the products themselves (packaging, date of release, labelling, etc.). Guillemot commits to informing the Customer whenever possible of changes.

### 11. GENERAL PROVISIONS
11.1. SEVERABILITY. If any provision of this Agreement shall be deemed by any court of competent jurisdiction to be invalid or void the remaining provisions shall remain in full force and effect.
11.2. ENTIRE AGREEMENT This Agreement constitutes and contains the complete agreement and understanding of the parties with respect to the subject matter hereof and supersedes any and all prior correspondence, agreements, representations, statements, negotiations and undertakings between the parties relating to the subject matter hereof. Amendments to this Agreement must be in writing, specifying such amendment, and signed by duly authorized representatives of both parties.
11.3. GOVERNING LAW This Agreement shall be governed by and interpreted and enforced in accordance with the laws of the Province of Quebec and the laws of Canada applicable herein. The parties acknowledge and agree that they have required that this Agreement be prepared in English and French languages.
11.4. DISPUTE RESOLUTION. Any dispute, controversy, or claim arising out of or relating to this Agreement, or the breach, termination or invalidity thereof, shall be settled by arbitration pursuant to the Commercial Tribunal of Montreal, Quebec, Canada. The prevailing party in any such proceeding shall be entitled to recover, from the other party, its reasonable attorneys fees and costs in connection with such proceeding.

The parties hereto agree to have read and understood this Agreement and have executed this Agreement by their duly authorized representatives.

Customer : (PRINT NAME CLEARLY)        Guillemot Inc. :

By : _____ Signature       By : _____ Signature

Name : _____       Name : _____

Title : _____       Title : _____

Date : _____       Date : _____