**EXHIBIT 4**

JOHN N. DROOYAN, ESQ./SBN 238609
LAW OFFICE OF JOHN DROOYAN
259 West 7th Street
San Pedro, CA 90731
Telephone: (310) 309-9430
Facsimile: (310) 359-0245
jd@drooyanlaw.com

Attorney for Defendant
E.S.E. Electronics, Inc. and
David Kazemi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EXPORT DEVELOPMENT CANADA, | Case No. 2:16-cv-02967BRO(RAOx) |
|---|---|
| Plaintiff, | Honorable Beverly Reid O'Connell, Courtroom 14 |
| V. | **DEFENDANTS' RESPONSES TO FIRST INTERROGATORIES PROPOUNDED BY PLAINTIFF EXPORT DEVELOPMENT CANADA** |
| E.S.E. ELECTRONICS, INC., and DAVID KAZEMI | |
| Defendants. | |

Propounding Party: Plaintiff EXPORT DEVELOPMENT CANADA

Responding Party: Defendant E.S.E. ELECTRONICS, INC.

Set No. ONE

TO PLAINTIFF EXPORT DEVELOPMENT CANADA, and its attorneys of record:

Pursuant to the Federal Rules of Civil Procedure Rule 33(b), Defendants E.S.E. ELECTRONICS, INC. and DAVID KAZEMI submit the following Responses to the First Set of Interrogatories propounded by Plaintiff EXPORT DEVELOPMENT CANADA. Discovery is continuing, and Responding Party reserves the right to amend and/or supplement these Responses.

INTERROGATORIES

1. If any of the responses to the accompanying Requests for Admission were anything other than an unqualified admission, for each such response explain why an unqualified admission was not made.

*Request For Admission No. 3*:

Admit that the price of USD $202.49 per unit was given by Guillemot on condition that the Goods would be resold to Walmart.

*Response to Request For Admission No. 3*: DENY. The price of USD $202.49 per unit was given by Guillemot on condition that E.S.E. Electronics, Inc. ("E.S.E.") would make its best effort to have the Goods resold to Walmart.

*Request For Admission No. 7*:

Admit that the invoices E.S.E. received from Guillemot had the terms and conditions attached hereto as Exhibit B printed on the reverse side.

*Response to Request For Admissions No. 7*: DENY. The invoices that E.S.E. received from Guillemot were one page, with the back blank. The invoices that E.S.E. received from Guillemot state "PAGE 1/1" in the upper right corner.

---

**DEFENDANTS' RESPONSES TO FIRST INTERROGATORIES PROPOUNDED BY PLAINTIFF EXPORT DEVELOPMENT CANADA**

2

# Exhibit 4, p. 2

Response to Interrogatory No. 14:

Wintec Industries and Bright Light.

15. For each such Customer, what were the defects complained of?

Response to Interrogatory No. 15:

Neither Wintec Industries or Bright Light specified the defects in the Goods that Wintec Industries and Bright Light purchased from ESE.

16. How many units of the Goods does E.S.E. currently have in its possession (hereinafter, the "E.S.E. Inventory.")

Response to Interrogatory No. 16: 193 defective units.

17. How many units of the E.S.E. Inventory were returned as defective by a Customer?

Response to Interrogatory No. 17: 193

18. How many units of the Goods has E.S.E. never sold?

Response to Interrogatory No. 18: The 193 defective units. Only units of the Goods that E.S.E. never sold are the defective units.

Dated: October 14, 2016

LAW OFFICE OF JOHN DROOYAN

By _____
JOHN N. DROOYAN
Attorney for Defendants
E.S.E. Electronics, Inc. and
David Kazemi

---

DEFENDANTS' RESPONSES TO FIRST INTERROGATORIES
PROPOUNDED BY PLAINTIFF EXPORT DEVELOPMENT CANADA
9 - 9 -

**Exhibit 4, p. 3**

# VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** Los Angeles

I have read the foregoing <u>DEFENDANTS' RESPONSES TO FIRST INTERROGATORIES PROPOUNDED BY PLAINTIFF EXPORT DEVELOPMENT CANADA</u> and know its contents.

**CHECK APPLICABLE PARAGRAPHS**

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am [X] an Officer [ ] a partner _____ [ ] a _____ of <u>E.S.E. ELECTRONICS, INC.</u>, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [X] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am one of the attorneys for _____ a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on October 24, 2016, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

David Kazemi
Type or Print Name

Signature

Oct 24 2016

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF**

I am employed in the county of _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____ on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**
  [ ] *I deposited such envelope in the mail at _____, California.
  The envelope was mailed with postage thereon fully prepaid.
  [ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
  Executed on _____, at _____, California.
[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
Executed on _____, at _____, California.
[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Type or Print Name        Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus        Rev. 7/89

# Exhibit 4, p. 4