JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, | Case No. 2:16−cv−02967 BRO(RAOx) |
| Plaintiff, | Hon. Beverly Reid O'Connell |
| v. | **JUDGMENT** |
| E.S.E. ELECTRONICS, INC. and DAVID KAZEMI, | |
| Defendants. | |

1 | This case was tried to the Court on August 1–2, 2017.  The Court entered its
2 | Findings of Fact and Conclusions of Law on September 5, 2017.  Dkt. No. 208.  In
3 | accordance with the Findings of Fact and Conclusions of Law, it is hereby
4 | ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of plaintiff Export Development Canada against defendant E.S.E. Electronics, Inc. in the amount of $333,410.89, which includes principal of $226,586.31 and prejudgment interest at eighteen percent (18%) per annum from January 24, 2015 through September 6, 2017.  Post-judgment interest will continue to accrue at the rate of eighteen percent (18%) per annum (*i.e.*, $164.42 per day) until this judgment is fully paid.  Export Development Canada shall have immediate execution on this judgment.

2. Export Development Canada is also entitled to attorneys' fees under Cal. Com. Code § 2207 and may file a motion fixing the amount of those fees pursuant to Fed. R. Civ. P. 54(d)(2) within twenty-eight (28) days of the entry of this judgment.

IT IS SO ORDERED.

Dated:  September 8, 2017

---
Honorable Beverly Reid O'Connell
United States District Court Judge