# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, | Case No. 2:16−cv−02967 BRO(RAOx) |
| Plaintiff, | Hon. Beverly Reid O'Connell |
| v. | **CONSENT JUDGMENT** |
| E.S.E. ELECTRONICS, INC. and DAVID KAZEMI, | |
| Defendants. | |

In accordance with the Stipulation of counsel for plaintiff Export Development Canada and defendant E.S.E. Electronics, Inc., it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of plaintiff Export Development Canada against defendant E.S.E. Electronics, Inc. in the amount of $434,000.00, which includes Export Development Canada's attorneys' fees of $396,000.00 and costs of $38,000.00. Post-judgment interest will continue to accrue at the rate of eighteen percent (18%) per annum (*i.e.*, $214.03 per day) until this judgment is fully paid. Export Development Canada shall have immediate execution on this judgment.

IT IS SO ORDERED.

Dated: October 12, 2017

*Virginia A. Phillips*
Honorable Beverly Reid O'Connell
United States District Court Judge